peals for the Third Circuit denied. *Mr. Frederic D. McKenney, Mr. Louis K. Gillson* and *Mr. Paul Synnestvedt* for petitioner. *Mr. J. Snowden Bell, Mr. Drury W. Cooper* and *Mr. Frederick P. Whittaker* for respondent.

No. 1101. JOSE TAYA'S SONS COMPANY, CLAIMANT OF THE STEAMSHIP ASUARCA, ETC. *v.* JEAN B. M. DUCHE ET AL. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John M. Woolsey* and *Mr. Robert S. Erskine* for petitioner. *Mr. D. Roger Englar* and *Mr. T. Catesby Jones* for respondents.

No. 1105. UNITED STATES EX REL. JOSEPH FELD, BY NEXT FRIEND, SAMUEL FELD, *v.* ROBERT L. BULLARD, MAJOR GENERAL, UNITED STATES ARMY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. B. B. Pettus* and *Mr. E. F. Colladay* for petitioner. *Mr. Solicitor General Beck* for respondent.

No. 1112. MERL B. INKS *v.* UNITED STATES. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. R. McCaulay* for petitioner. No brief filed for the United States.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM APRIL 10, 1923, TO AND INCLUDING JUNE 11, 1923.

No. 456. EUGENE SCHAEFER ET AL., TRUSTEES, ETC. *v.* THOMAS W. MILLER, AS ALIEN PROPERTY CUSTODIAN OF THE UNITED STATES. Appeal from the Circuit Court of Appeals for the Second Circuit. April 16, 1923. Dis-